Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
## SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2019

UNITED STATES OF AMERICA

v.

Docket No. 11-CR-338-05(DLC)

Thomas Green

On April 27, 2012, the above named was placed on supervised released for a period of five (5) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Thomas Green be discharged from supervised release.

Respectfully submitted,

by _____
Pierre Reyes
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this ___2ᵈ___ day of _____April_____, 20 _19_ .

_____
Honorable Denise Cote
U.S. District Judge